UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JORDAN ROSENBLATT,

    VS                                              CASE NO.  1:17cv312-MW/GRJ

EXACTECH, INC., et al.,

**JUDGMENT**

This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT

 March 24, 2018                 s/Pam Lourcey
DATE                                 Deputy Clerk: Pamela Lourcey